IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUZANNE VENEZIA | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 06-4713 |
| | : | |
| WILLIAM PENN SCHOOL DISTRICT | : | |

## **ORDER**

AND NOW, this 17th day of November, 2006, it is hereby ORDERED an oral argument on Defendant's Motion to Dismiss will be held on November 29, 2006 at 2:00 p.m. in Courtroom 5D.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.