IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA
NO.  2006-24694

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA
NO. 2:06-cv-4713

SUZANNE VENEZIA                          :
318 WEST WALNUT STREET
NORTH WALES, PA 19454

    VS.

WILLIAM PENN SCHOOL DISTRICT       :
100 GREEN AVENUE
19050 LANSDOWNE, PA

08/28/2009

# CIVIL COVER SHEET

**Commencement of Action**: (*check one*)
☐ Complaint   ☐ Petition   ☐ Notice of Appeal
☐ Writ of Summons   ☐ Transfer From Other Jurisdiction
☐ Declaration of Taking

**Amount in Controversy**:
☐ $50,000 or less
☐ More than $50,000

**Case Type and Code (*check the most specific classification ONLY*):**

| **Appeals** | **Real Property** | **Negligence** |
|---|---|---|
| ☐ DJ – Money Judgment | ☐ Ejectment | ☐ Motor Vehicle |
| ☐ DJ – Landlord/Tenant | ☐ Quiet Title | ☐ Premises Liability |
| ☐ Drivers License Suspension | ☐ Mechanics Lien | ☐ Product Liability |
| ☐ Vehicle Registration Suspension | ☐ Mortgage Foreclosure | ☐ Asbestos |
| ☐ Local Agency | ☐ Partition | ☐ Other Toxic Tort |
| ☐ Board of Assessment | ☐ Replevin | ☐ Other |
| ☐ Zoning/Land Use | ☐ Other | |

**Miscellaneous**
☐ Appointment of Arbitrator
☐ Class Action
☐ Confession of Judgment
☐ Debt Collection
☐ Eminent Domain
☐ Name Change
☐ Wrongful Death

| **Contract** | **Professional Liability** |
|---|---|
| ☐ Construction | ☐ Medical |
| ☐ Employment | ☐ Dental |
| ☐ Other | ☐ Legal |
| | ☐ Other |

**Intentional Tort**
☐ Assault/Battery
☐ Libel/Slander
☐ Fraud
☐ Other

**Equitable Relief**
☐ Declaratory Judgment
☐ Mandamus
☐ Other

☐ **Other**   :Petition For Response To Statement of Intent to Proceed
    (specify)

IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA
NO. 2006-24694

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA
NO. 2:06-cv-4713

SUZANNE VENEZIA  :
318 WEST WALNUT STREET
NORTH WALES, PA 19454

    VS.

WILLIAM PENN SCHOOL DISTRICT  :
100 GREEN AVENUE
19050 LANSDOWNE, PA

## PETITION FOR RESPONSE TO STATEMENT OF INTENT TO PROCEED

TO THE COURT:

The plaintiff, Suzanne Venezia, petitions the Court to respond to the request forwarded in the Plaintiff's Statement of Intent to Proceed dated 08/28/2009. Although the plaintiff firmly opposes the decision of Judge Sanchez of the United States District Court for the Eastern District of Pennsylvania, she acknowledges that this decision was issued with prejudice. Factually, however, this case has not been closed in the Montgomery County Court of Common Pleas. Additional facts which add to the irregularities found in this case are the following: the plaintiff filed a Response to the Motion for Removal which was never addressed by either court; the case was removed from the Montgomery County Court of Common Pleas and the plaintiff received no notice, electronic, postal or otherwise of this change of venue; the defendant failed to respond to an order issued by the Montgomery County Court of Common Pleas; the Montgomery County Court of Common Pleas issued no judgment as to this failure; the Montgomery County Court of Common Pleas dismissed the case without prejudice even though it had only received the plaintiff's response to the defendant's motion to dismiss, and not the defendant's actual motion to dismiss. Although the plaintiff maintains that the defendant presented no valid arguments for the dismissal of her case, these egregious errors undermine the validity of court decisions.

To this effect the plaintiff begs the court to define and evaluate these errors and awaits court instruction as to the manner in which the plaintiff must proceed in order to appeal the courts' decisions (in the event that these errors are deemed serious enough to permit the review of this case in its entirety based on both content and procedure), or to terminate this case with the correction of court records.

08/28/2009                                                                 _____
                                                                        SUZANNE VENEZIA (pro se)
                                                                        318 WEST WALNUT STREET
                                                                        NORTH WALES, PA 19454

IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA
NO.  200624694

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA
NO. 2:06-cv-4713

SUZANNE VENEZIA                              :
318 WEST WALNUT STREET
NORTH WALES, PA 19454

      VS.

 WILLIAM PENN SCHOOL DISTRICT     :
100 GREEN AVENUE
19050 LANSDOWNE, PA

CERTIFICATE OF SERVICE

I, Suzanne Venezia, plaintiff representing myself in the captioned Action Suzanne Venezia v. William Penn School District, in the Montgomery Court of Common Pleas civil docket number 2006-24694, and in the United States District Court for the Eastern District of Pennsylvania civil docket number 2:06-cv-4713, herby certify that I served on this date a true copy of the foregoing "Petition for Response to Statement of Intent to Proceed" upon the following people via first-class U.S. Certified Mail – 7008 3230 0002 1794 5904:

        SWEET, STEVENS, TUCKER & KATZ  LLP
        331 E. BUTLER AVENUE
        P.O. BOX 5069
        NEW BRITAIN, PA 18901
        Attorney for Defendant William Penn School District

08/28/2009                                               By: _____

        SUZANNE VENEZIA (pro se)
        318 WEST WALNUT STREET
        NORTH WALES, PA 19454

## VERIFICATION

I verify that the declarations made in this Statement on this 28th day of August 2009 are true and correct to the best of my knowledge, and belief. I understand that false statements made herein are subject to the penalties of 18 PA. C.S, Subsection 4904, relating to unsworn falsification to authorities.

08/28/2009

_____
SUZANNE VENEZIA (pro se)
318 WEST WALNUT STREET
NORTH WALES, PA 19454