IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA
NO. 2006-24694

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA
NO. 2:06-cv-4713


SUZANNE VENEZIA
318 WEST WALNUT STREET
NORTH WALES PA 19454

V.

WILLIAM PENN SCHOOL DISTRICT
100 GREEN AVENUE
19050 LANSDOWNE, P A


### MEMORANDUM TO THE PROTHONOTARY OF THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA

The objective of this Memoradum to the Prothonotary is to inform the Prothonotary, and consequently, the Defendant, that the Plaintiff will proceed in the captioned case through electronic filing. The Plaintiff also informs the Prothonotary that she makes this specific filing, since the information available at

http://courts.montcopa.org/courts/cwp/view,A,1476,Q,41252.asp  (Attachment 1)

is an outdated version of Local Rule 205.4 and indicates that electronic filing is not permitted by the general public.   As per the Pennsylvania Bulletin at

http://www.pabulletin.com/secure/data/vol38/38-41/1839.html  (Attachment 2)

the Plaintiff possesses the right to file documentation electronically in the Court of Common Pleas of Montgomery County, Pennsylvania.


By: *Suzanne Venezia*                                                                      Date: November 13, 2009

SUZANNE VENEZIA (pro se)
318 WEST WALNUT STREET
NORTH WALES, PA 19454

IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA
NO. 2006-24694

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA
NO. 2:06-cv-4713


SUZANNE VENEZIA
318 WEST WALNUT STREET
NORTH WALES PA 19454

V.

WILLIAM PENN SCHOOL DISTRICT
100 GREEN AVENUE
19050 LANSDOWNE, P A

## CERTIFICATE OF SERVICE

I, Suzanne Venezia, Plaintiff representing myself in the captioned Action Suzanne Venezia v. William Penn School District, in the Montgomery Court of Common Pleas civil docket number 2006-24694, and in the United States District Court for the Eastern District of Pennsylvania civil docket number 2:06-cv-4713, hereby certify that for the United States District Court for The Eastern District Of Pennsylvania, I served on this date a true copy of the foregoing Memorandum to the Prothonotary upon the following people via U.S. Certifed Mail 7009 0820 0000 9719 4299:


        SWEET, STEVENS, TUCKER & KATZ LLP
              331 E. BUTLER AVENUE
                  P.O. BOX 5069
              NEW BRITAIN, PA 18901
Attorney for Defendant - WILLIAM PENN SCHOOL DISTRICT

By: /s/ Suzanne Venezia                                        Date: 11/13/2009
SUZANNE VENEZIA (pro se)
318 WEST WALNUT STREET
NORTH WALES, PA 19454

IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA
NO. 2006-24694

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA
NO. 2:06-cv-4713


SUZANNE VENEZIA
318 WEST WALNUT STREET
NORTH WALES PA 19454

V.

WILLIAM PENN SCHOOL DISTRICT
100 GREEN AVENUE
19050 LANSDOWNE, PA


## VERIFICATION

I, Suzanne Venezia, the Plaintiff (pro se) in the captioned case, verify that the declarations made in this Memorandum to the Prothonotary are true and correct to the best of my knowledge, and belief. I understand that false statements made herein are subject to the penalties of 18 FA. C.S, Subsection 4904, relating to unsworn falsification to authorities.


By: *Suzanne Venezia*
SUZANNE VENEZIA (pro se)
318 WEST WALNUT STREET
NORTH WALES, PA 19454

Date: 11/13/2009

**MONTGOMERY COUNTY**
PENNSYLVANIA

County Departments   County Home   Services Directory

# MONTGOMERY COUNTY COURTS

Rule 205.4*. Electronic Filing and Service of Legal Papers.

- About the Dept.
- Our Services
- Contact Us
- Helpful Links
- Home

Office Hours
(610) 278-3224
Monday through Friday
8:30 am to 4:15 pm
Driving directions

(i) The Montgomery County Court of Common Pleas hereby decrees that it will accept the electronic filing of legal papers and the electronic service of such papers, under the terms described in this Local Rule.

(1) The electronic filing initiative will begin with a pilot program. The Prothonotary's Office may select attorneys and/or law firms to participate in electronic filing during the pilot period. The Court will determine an appropriate length for the pilot period. At the conclusion of the pilot period, the Prothonotary's Office and the Court will jointly determine the appropriate steps to be taken with respect to electronic filing, in light of the experience gained during the pilot period.

(2) During the pilot period, electronic filing is permitted only in general civil cases for filings that:
  (a) do not initiate a case;
  (b) do not trigger a Court filing fee of any sort;
  (c) are matters of public record, so that, for example, documents filed under seal may not be electronically filed, and
  (d) are filed by attorneys (i.e. pro se electronic filing is not permitted Montgomery County Local Rules of Civil Procedure 6 Rev: 8/03 at this time).

(3) Electronic filing shall be effectuated through an electronic filing system provided by Verilaw Technologies, Inc. Verilaw shall coordinate its efforts to provide an electronic filing system with the Prothonotary's Office, the Court, and with electronic filing attorneys

(4) Electronic filing shall not be mandated, even for pilot participants. Accordingly, attorneys will retain the option to file documents through traditional means.

(5) The Verilaw system shall provide filing attorneys with electronic notification of the Prothonotary's Office's acceptance of electronically filed documents.

(6) A document that is electronically filed shall not be also filed by traditional paper means. The Prothonotary's Office, however, until further notice shall print hard copy versions of electronically filed documents and process the hard copy versions (for purposes of record retention and Court workflow) in the same manner as paper-filed documents.

(7) The electronic filing of a legal paper without a signature utilizing such attorney's unique user name and password assigned by the Verilaw system shall constitute effective filing with the Court and a certification by the filing attorney that the original hard copy was properly signed, and, where applicable, verified. The filing attorney shall maintain the original hard copy of the original, inclusive of all signatures, in such attorney's files. Any party may require the filing attorney to produce the original hard copy of the legal paper by serving notice thereof upon such attorney. The filing attorney must respond by producing the original hard copy of the legal paper with 14 days of receipt of such notice.

(8) Notwithstanding all applicable rules promulgated by the Supreme Court of Pennsylvania, Montgomery County or the Court governing service, the electronic service of a legal paper via the Verilaw system shall be deemed complete and proper notice upon submission by the filing attorney and distribution thereof via the Verilaw system; provided, however, the receiving party must agree to accept service via electronic mail in writing, by inclusion of an electronic mail address on a notice of appearance or prior legal paper filed with the Court in the applicable action, or by becoming a registered user of the Verilaw system.

(9) Once a party has become a registered use of Verilaw's system and/or has agreed to accept service by inclusion of an e-mail address on legal paper filed with the Court in the applicable action, a party may only withdraw from the system by filing with the Prothonotary and giving written notice to all other parties to the action, a written document evidencing their withdraw for the electronic filing program. Upon filing such a document, withdrawing attorneys must immediately deactivate their accounts on the Verilaw system. Withdrawal shall be deemed effective upon deactivation of the account.
Montgomery County Local Rules of Civil Procedure 7 Rev: 8/03

(10) Verilaw shall provide electronic access at all ti mes. On days that the Prothonotary is open any paper filed electronically with Verilaw prior to 4:45 p.m. Eastern Time, shall be deemed filed with the Prothonotary as of the date of the document was sent to Verilaw. Any document filed electronically with Verilaw after 4:45 p.m. Eastern Time shall be deemed filed with the Prothonotary as of the next business day that the Prothonotary is open.

(11) In all other respects, all electronic filing shall be in accordance with Pa. R.Civ. P. 205.4, which governs the electronic filing of legal papers.

# THE COURTS

## Title 255—LOCAL COURT RULES

### MONTGOMERY COUNTY

### Rescission and Adoption of New Rule 205.4*—Electronic Filing and Service of Legal Papers

[38 Pa.B. 5595]
[Saturday, October 11, 2008]

### Order

*And Now,* this 29th day of September, 2008, the Court rescinds Montgomery County Local Rule of Civil Procedure 205.4*—Electronic Filing and Service of Legal Papers, and approves and adopts the following Montgomery County Local Rule of Civil Procedure 205.4*—Electronic Filing and Service of Legal Papers. This new Rule shall become effective thirty days after publication in the *Pennsylvania Bulletin.*

The Court Administrator is directed to publish this Order once in the Montgomery County Law Reporter and in The Legal Intelligencer. In further conformity with Pa.R.C.P. 239, seven (7) certified copies of the within Order shall be filed by the Court Administrator with the Administrative Office of Pennsylvania Courts. Two (2) certified copies shall be distributed to the Legislative Reference Bureau for publication in the *Pennsylvania Bulletin.* One (1) certified copy shall be filed with the Civil Procedural Rules Committee. One (1) copy shall be filed with the Prothonotary, one (1) copy with the Clerk of Courts, and (1) copy with the Court Administrator of Montgomery County, one (1) copy with the Law Library of Montgomery County and one (1) copy with each Judge of this Court.

*By the Court:*

RICHARD J. HODGSON,
President Judge

### Rule 205.4*. Electronic Filing and Service of Legal Papers.

Rescinded.

Note—version of Local Rule originally adopted on January 18, 2002.

### Rule 205.4*. Electronic Filing and Service of Legal Papers.

(a)(1) The Montgomery County Court of Common Pleas hereby permits the electronic filing of legal papers and the electronic service of such papers, under the terms described in this Local Rule.

(b)(1) All legal papers shall be presented for electronic filing in portable document format ("pdf"). As authorized by Pa.R.C.P. No. 205.4(b)(1), in the event any legal paper is submitted to the Prothonotary in a hard-copy format, the Prothonotary shall convert such legal paper to pdf and maintain it in that format. The Prothonotary shall return the hard-copy legal paper to the filing party for retention as required by Pa.R.C.P. No. 205.4(b)(4).

(c)(2) All legal papers that are filed electronically shall be filed through the Prothonotary's Electronic Filing System ("Electronic Filing System") which shall be accessible through the Montgomery County Prothonotary's web site, www.montcopa.org/prothy. To obtain access to the Electronic Filing System, counsel and any unrepresented party must apply to the Prothonotary's Office for a User Name and Password.

(d)(1) The Prothonotary will accept for payment of all filing fees the following credit and debit cards: American Express, Discover, MasterCard and Visa. The Prothonotary will not accept advance deposit on account of future filing fees.

(f)(1) Upon receipt of the legal paper, the Prothonotary shall provide the filing party with an acknowledgment, which includes the date and time the legal paper was received by the Electronic Filing System. The Prothonotary shall also provide the filing party with notice that the legal paper was accepted for filing. If a legal paper is not accepted upon presentation for filing or is refused for filing by the Electronic Filing System, the Prothonotary shall immediately notify the party presenting the legal paper for filing of the date of presentation, the fact that the document was not accepted or refused for filing by the system, and the reason therefor.

(2) Neither the Court nor the Prothonotary shall be required to maintain a hard copy of any legal paper, notice or order filed or maintained electronically under this rule.

[Pa.B. Doc. No. 08-1839. Filed for public inspection October 10, 2008, 9:00 a.m.]

---

No part of the information on this site may be reproduced for profit or sold for profit.

This material has been drawn directly from the official *Pennsylvania Bulletin* full text database. Due to the limitations of HTML or differences in display capabilities of different browsers, this version may differ slightly from the official printed version.



webmaster@PaBulletin.com