IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Suzanne Venezia

                                                                         06-4713
                                                                         District Court Docket Number

        vs.

William Penn School District

Notice of Appeal Filed 12/18/09
Court Reporter(s)/ESR Operator(s)          n/a


Filing Fee:
        Notice of Appeal __Paid  x  Not Paid     __Seaman
        Docket Fee        __Paid  x  Not Paid     __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending


Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

__Motion Granted
__Motion Denied
__Motion pending before district judge


Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
__Denied
__Pending

CC:  U.S. District Court, Appeals Clerk
     U.S. Appeals Court, Third Circuit
     The Honorable Juan R. Sanchez

                                                      Defendant's Address (for criminal appeals)

                                                Prepared by :     s/ Tashia C. Irving 12/30/09
                                                         Tashia C. Irving, Deputy Clerk Signature/Date

             PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
               THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS
notapp.frm